FILED: August 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1427 (L)
(2:13-cv-00246-AWA-TEM)

_____

DEVIN COPELAND, a/k/a De Rico; MAREIO OVERTON

      Plaintiffs - Appellants

v.

JUSTIN BIEBER; USHER RAYMOND, IV, a/k/a Usher; HEATHER BRIGHT, individually, and d/b/a B-Rhaka Publishing; RAY ROMULUS, a/k/a Rayro, individually and d/b/a Please Enjoy the Music; JONATHAN YIP, individually and d/b/a Products of the Street; JEREMY REEVES, individually and d/b/a Sumphu; UNIVERSAL MUSIC CORPORATION; UNIVERSAL MUSIC PUBLISHING GROUP; SONY/ATV MUSIC PUBLISHING, LLC; WB MUSIC CORPORATION; THE ISLAND DEF JAM MUSIC GROUP; STAGE THREE MUSIC (U.S.) INC.; STAGE THREE MUSIC, LLC; JONETTA PATTON, d/b/a J Pat Management

      Defendants - Appellees

 and

BIEBER TIME PUBLISHING, LLC

      Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

    Response brief due: 09/17/2014

Any reply brief: 14 days from service of response brief.

                                     For the Court--By Direction

                                     <u>/s/ Patricia S. Connor, Clerk</u>